# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting  *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dorr, Richard E. | U.S. Dist. Ct. W.D. MO | 03/22/2002 |

| 4. Title  *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*  U.S. District Judge Nominee | 5. Report Type (check type)  X  Nomination, Date  03/21/2002  ___ Initial  ___ Annual  ___ Final | 6. Reporting Period  01/01/2000 to 03/22/2002 |
|---|---|---|

| 7. Chambers or Office Address  Blackwell Sanders Peper Martin  901 St. Louis St., Suite 1900  Springfield, MO 65806 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____  Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

|  | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
|  | ☐ NONE (No reportable positions.) |  |
| 1 | Partner/Attorney | Blackwell Sanders Peper Martin, LLP |
| 2 |  |  |
| 3 |  |  |

## II. AGREEMENTS  *(Reporting individual only; see pp.14-16 of Instructions.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
|  | ☐ NONE (No reportable agreements.) |  |
| 1 | 12/31/01 | My law firm will pay my share of profits and refund my capital contribution within 12 months of my withdrawal from the partnership. |
| 2 |  |  |
| 3 |  |  |

## III. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

|  | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
|  | ☐ NONE (No reportable non-investment income.) |  |  |
| 1 | 12/31/00 | Blackwell Sanders Peper Martin, LLP | $278,480 |
| 2 | 12/31/01 | Blackwell Sanders Peper Martin, LLP | $323,694 |
| 3 | 03/22/02 | Blackwell Sanders Peper Martin, LLP (Jan-Feb 2002) | $ 26,250 |
| 4 |  |  |  |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
| NONE (No such reportable reimbursements.) | | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| NONE (No such reportable gifts.) | | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X  NONE (No reportable liabilities.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Commerce Bank | A | Interest | L | T | Exempt | | | | |
| 2 Blackwell Sanders Peper Martin Member Account | A | Interest | M | T | Exempt | | | | |
| 3 EDWARD D. JONES BROKERAGE ACCOUNT: | | | | | | | | | |
| 4 - Money Market | A | Interest | K | T | Exempt | | | | |
| 5 - O'Reilly Automotive (ORLY) Common Stock | A | Dividend | M | T | Exempt | | | | |
| 6 - SBC Communications (SBC) Common Stock | A | Dividend | J | T | Exempt | | | | |
| 7 - Hartford Cap Apprec (ITHAX) Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 8 - Growth Fund of America Mutual Fund (AGTHX) | A | Dividend | J | T | Exempt | | | | |
| 9 - Putnam New Opportunities Mutual Fund (PNOBX) | A | Dividend | J | T | Exempt | | | | |
| 10 - SunAmerica Life Ins. Polaris Variable Annuity | A | None | K | T | Exempt | | | | |
| 11 - Hartford Life Director Variable Annuity | A | None | K | T | Exempt | | | | |
| 12 - Putnam New Opportunities Mutual Fund (PNOBX) | A | Dividend | J | T | Exempt | | | | |
| 13 - IRA NO. 1 | | | | | | | | | |
| 14 -- Federated American Leaders Mutual Fund (FAIDX) | A | Dividend | J | T | Exempt | | | | |
| 15 - IRA NO. 2 | | | | | | | | | |
| 16 -- Federated American Leaders Mutual Fund (FAIDX) | A | Dividend | J | T | Exempt | | | | |
| 17 - ASSETS SOLD DURING REPORTING PERIOD: | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions
(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 -- Washington Mutual Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 19 -- Goldman Sachs Cap Growth Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 20 -- Great Southern Bancorp Common Stock | B | Dividend | M | T | Exempt | | | | |
| 21 BLACKWELL SANDERS RETIREMENT FUNDS: | | | | | | | | | |
| 22 - 401(K) | | | | | | | | | |
| 23 -- Growth Fund of America Mutal Fund | A | Dividend | J | T | Exempt | | | | |
| 24 -- Invesco Dynamics Inv Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 25 -- Janus Advisor Growth & Inc Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 26 - ERC | | | | | | | | | |
| 27 -- Growth Fund of America Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 28 -- Invesco Dynamics Inv. Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 29 -- Janus Advisor Growth & Inc. | A | Dividend | J | T | Exempt | | | | |
| 30 - SEP | | | | | | | | | |
| 31 -- Europacific Growth Fund Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 32 -- Growth Fund of America Mutual Fund | A | Dividend | K | T | Exempt | | | | |
| 33 -- Small Cap World Fund Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 34 SPRINGFIELD TRUST COMPANY CONDUIT IRA: | D | Dividend | O | T | Exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less     B=$1,001-$2,500     C=$2,501-$5,000     D=$5,001-$15,000     E=$15,001-$50,000
(Col. B1, D4)     F=$50,001-$100,000     G=$100,001-$1,000,000     H1=$1,000,001-$5,000,000     H2=$5,000,001 or more

2 Val Codes:     J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000     N=$250,001-$500,000
(Col. C1, D3)     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000     P2=$5,000,001-$25,000,000     P3=$25,000,001-$50,000,000     P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal     R=Cost (real estate only)     S=Assessment     T=Cash/Market
(Col. C2)     U=Book Value     V=Other     W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions

(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 - CASH EQUIVALENTS: | | | | | | | | | |
| 36 -- Goldman Sachs F/S Federal Money Market Fund | | | | | | | | | |
| 37 - FIXED INCOME SECURITIES: | | | | | | | | | |
| 38 -- Federal Home Ln Bks Deb 6.000% 3/10/04 | | | | | | | | | |
| 39 - CORPORATE BDS & NTS: | | | | | | | | | |
| 40 -- AT&T Corp Note 6.500% 9/15/02 | | | | | | | | | |
| 41 -- Citicorp Note 6.375% 1/15/06 | | | | | | | | | |
| 42 -- General Mtrs Accep Corp Note 6.125% 1/22/08 | | | | | | | | | |
| 43 -- Sprint Cap Corp Note 5.700% 11/15/03 | | | | | | | | | |
| 44 - FIXED INCOME FUNDS: | | | | | | | | | |
| 45 -- Federated High Yield Trust | | | | | | | | | |
| 46 -- Federated Mortgage Fund #835 | | | | | | | | | |
| 47 - COMMON STOCK: | | | | | | | | | |
| 48 -- American Express Co Com | | | | | | | | | |
| 49 -- Amgen Inc. Com | | | | | | | | | |
| 50 -- Anheuser Busch Cos Inc. Com | | | | | | | | | |
| 51 -- Bristol Myers Squibb Co Com | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 -- Chevrontexaco Corp Com | | | | | | | | | |
| 53 -- Cisco Sys Inc. Com | | | | | | | | | |
| 54 -- Citigroup Inc. Com | | | | | | | | | |
| 55 -- Clorox Co Del Com | | | | | | | | | |
| 56 -- Dell Computer Corp Com | | | | | | | | | |
| 57 -- Exxon Mobil Corp | | | | | | | | | |
| 58 -- Fannie Mae Common Stock | | | | | | | | | |
| 59 -- Fleet Boston Corp Com | | | | | | | | | |
| 60 -- General Elec Co Com | | | | | | | | | |
| 61 -- Home Depot Inc. Com | | | | | | | | | |
| 62 -- Intel Corp Com | | | | | | | | | |
| 63 -- International Business Machs Com | | | | | | | | | |
| 64 -- Johnson & Johnson Com | | | | | | | | | |
| 65 -- Kroger Co Com | | | | | | | | | |
| 66 -- MBNA Corp Com | | | | | | | | | |
| 67 -- McDonalds Corp Com | | | | | | | | | |
| 68 -- Merck & Co Inc. Com | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 -- Microsoft Corp | | | | | | | | | |
| 70 -- Northern Tr Corp Com | | | | | | | | | |
| 71 -- O'Reilly Automotive Inc. Com | | | | | | | | | |
| 72 -- Pepsico Inc. | | | | | | | | | |
| 73 -- Pfizer Inc. Com | | | | | | | | | |
| 74 -- Proctor & Gamble Co Com | | | | | | | | | |
| 75 -- Schering Plough Corp Com | | | | | | | | | |
| 76 -- Sprint Corp | | | | | | | | | |
| 77 -- Sprint Corp PCS Com Ser 1 | | | | | | | | | |
| 78 -- Tyco Intl Ltd New Com | | | | | | | | | |
| 79 -- Verizon Communications Com | | | | | | | | | |
| 80 -- Worldcom Inc. Worldcom Group | | | | | | | | | |
| 81 - EQUITY MUTUAL FUNDS: | | | | | | | | | |
| 82 -- VGD Star FD Dev Mkt Stk Index | | | | | | | | | |
| 83 -- VGD Index TR Mid Cap Stk Inv | | | | | | | | | |
| 84 - ASSETS SOLD DURING REPORTING PERIOD: | | | | | | | | | |
| 85 -- AT&T Corp Common Stock | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions   (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86    -- Nike, Inc. Class B Stock | | | | | | | | | |
| 87    -- Citrix Sys Inc. Common Stock | | | | | | | | | |
| 88    -- Citigroup Inc. Common Stock | | | | | | | | | |
| 89    -- Chase Manhattan Corp New Common Stock | | | | | | | | | |
| 90    -- Avaya Inc. Common Stock | | | | | | | | | |
| 91    -- Federated Income Secs TR Shrt Intr | | | | | | | | | |
| 92    -- Federal Natl Mtg Assn Mtn Mtnf 6.070% 9/02/03 | | | | | | | | | |
| 93    -- Microsoft Corp Common Stock | | | | | | | | | |
| 94    -- Lucent Technologies Inc. Common Stock | | | | | | | | | |
| 95    -- Federal Home Ln Mtg Corp Deb 6.000% 3/03/05 | | | | | | | | | |
| 96    -- Worldcom Inc. GA New MCI Group Com Common Stock | | | | | | | | | |
| 97    -- Zimmer Hldgs Inc. Common Stock | | | | | | | | | |
| 98    -- Federal Natl Mtg Assn Mediummtnf 6.125% | | | | | | | | | |
| 99    -- Amgen Inc. Common Stock | | | | | | | | | |
| 100   -- Janus Invt FD Worldwide FD | | | | | | | | | |
| 101   -- Fed Ultra-Sht Bd 108 | | | | | | | | | |
| 102   -- Echostar Communications New CL A Common Stock | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less   F=$50,001-$100,000 | B=$1,001-$2,500   G=$100,001-$1,000,000 | C=$2,501-$5,000   H1=$1,000,001-$5,000,000 | D=$5,001-$15,000   H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less   O=$500,001-$1,000,000 | K=$15,001-$50,000   P1=$1,000,001-$5,000,000 | L=$50,001-$100,000   P2=$5,000,001-$25,000,000 | M=$100,001-$250,000   P3=$25,000,001-$50,000,000 | N=$250,001-$500,000   P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal   U=Book Value | R=Cost (real estate only)   V=Other | S=Assessment   W=Estimated | T=Cash/Market | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103 -- Goldman Sachs International Equity FD | | | | | | | | | |
| 104 -- Vanguard International Growth Fund | | | | | | | | | |
| 105 -- Robertson Stephens Invt TR Emerging GRW | | | | | | | | | |
| 106 -- Agere Sys Inc. CL A | | | | | | | | | |
| 107 -- Gillette Co Common Stock | | | | | | | | | |
| 108 | | | | | | | | | |
| 109 | | | | | | | | | |
| 110 | | | | | | | | | |
| 111 | | | | | | | | | |
| 112 | | | | | | | | | |
| 113 | | | | | | | | | |
| 114 | | | | | | | | | |
| 115 | | | | | | | | | |
| 116 | | | | | | | | | |
| 117 | | | | | | | | | |
| 118 | | | | | | | | | |
| 119 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| FINANCIAL DISCLOSURE REPORT | Dorr, Richard E. | 03/22/2002 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## IX.  CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Richard E. Dorr_      Date _March 22, 2002_

Note:       Any individual who knowingly and wilfully falsifies or **fails** to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544